# EXHIBIT B





Share        Email Your Brochu

# Summary

MSRP $104,400

## Exterior (2)  Edit

No Cost



**Color**
Polar White
+ No Cost



**Wheels**
20-inch 5-spoke aero w/black cladding
+ No Cost

## Interior (2)  Edit

No Cost

| Exterior | Interior | Options | Summary |

Total Build  Est. Lease Payment
$105,550*  $--/mo[3]

Save Your Build    View Inventory



**Upholstery**
Black/Space Grey leather
+ No Cost



**Trim**
Backlit Laser-cut Star Pattern
+ No Cost

## Options  Edit

No Cost

See What's Standard

Entertainment & Convenience    Performance & Safety

## Other Charges + $1,150



Destination charge

+ $1,150

## Total Build $105,550*

## Lease Payment Estimate $--/mo[3]

Edit Payment Options

 Due to a worldwide shortage, semiconductor chips that are typically present in our vehicles are limited in supply. This has changed the availability of certain features. Vehicle pricing will vary and depends on the availability of certain features. Please verify with your dealer whether any feature is available in a particular vehicle. To learn more, please see your dealer.


Estimate a Payment


Apply For Financing


Request a Quote


Schedule a Test Drive

# Find vehicles similar to your build.

Enter ZIP Code or City, State

Submit

New Inventory ˅



## 2023 EQS 450+ SUV

Premium Trim

Starting at

## $104,400 *

**Includes:**

Standard Features

I'm Interested

View Inventory

CONTACT YOUR DEALER



## Looking for the closest match?

Mercedes-Benz dealers have the knowledge and resources to find the vehicle that best meets your criteria. Contact them today for personal assistance.

Contact Dealer

CREATE AN ACCOUNT

## Save your favorites.



By saving builds and inventory, you can easily refer to them later.

**Create an Account**

**View Inventory**

## Explore Dealer Accessories

Although they're typically selected at the dealership, you have the option to add dealer-installed accessories to your build now. Just note that the prices you will see are suggested retail amounts and may vary depending on size, color and dealer.

**Accessorize your EQS**

## Enhance Your Ownership



**Mercedes me connect**

Designed especially for Mercedes-Benz owners, *Mercedes me connect* lets you control your vehicle from wherever you are

Explore *Mercedes me connect*



**Prepaid Maintenance**

Lock in tomorrow's service at today's price and save up to 30% on maintaining your Mercedes-Benz

View the Details



**Extended Limited Warranty**

Extend your peace of mind for years to come with coverage that goes beyond your New Vehicle Warranty.

Explore Your Options