JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FEDER, AN INDIVIDUAL, <br><br> Plaintiff, <br><br> v. <br><br> MERCEDEZ-BENZ USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AND DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. | Case No.: CV 23-7348-MWF(RAOx) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

The Court has reviewed the parties' Stipulation for Dismissal, filed November 25, 2024. (Docket No. 21). For good cause shown, the Court GRANTS the parties' request and ORDERS the entire case DISMISSED with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side shall bear their own costs and fees including all attorneys' fees.

IT IS SO ORDERED.

Dated: November 25, 2024

MICHAEL W. FITZGERALD
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

J